# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW

4 WALTER FORAN BLVD
SUITE 402
FLEMINGTON, NJ 08822

PATRICK J. CERILLO*, Esq.
*Qualified Family Mediator per R. 1:40

VOICE: (908) 284-0997
FAX: (908) 284-0915
pjcerillolaw@comcast.net

April 30, 2020

**VIA ELECTRONIC FILING**
The Honorable Edward S. Kiel, MJ
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: Malibu Media, LLC v. Nolan; 2:18-cv-13737-WJM-MF**

Dear Judge Kiel:

In response to this Court's setting of an in person status conference for May 12 2020 @ 11AM, I would respectfully ask this be postponed until after the Plaintiff's Motion to Dismiss is heard.

In the alternative if the court could advise if the status conference could be held by telephone.

Very truly yours,

*/s/ Patrick J. Cerillo*
Patrick J. Cerillo

cc: Malibu Media, LLC
    Vincent Nolan

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.