# PATRICK J. CERILLO, LLC
## ATTORNEY AT LAW
4 WALTER FORAN BLVD
SUITE 402
FLEMINGTON, NJ 08822

PATRICK J. CERILLO*, Esq.
*Qualified Family Mediator per R. 1:40

VOICE: (908) 284-0997
FAX: (908) 284-0915
pjcerillolaw@comcast.net

April 30, 2020      **ORDER**

**VIA ELECTRONIC FILING**
The Honorable Edward S. Kiel, MJ
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re: Malibu Media, LLC v. Nolan; 2:18-cv-13737-WJM-MF**

Dear Judge Kiel:

==In response to this Court's setting of an in person status conference for May 12 2020 @ 11AM, I would respectfully ask this be postponed until after the Plaintiff's Motion to Dismiss is heard.==

In the alternative if the court could advise if the status conference could be held by telephone.

      Very truly yours,

      */s/ Patrick J. Cerillo*
      Patrick J. Cerillo

**The highlighted portion above is:**



Edward S. Kiel, U.S.M.J.

cc: Malibu Media, LLC
    Vincent Nolan

Date: __May 1, 2020__

PJC: ADMITTED TO THE BAR OF THE STATE OF NEW JERSEY; ALSO ADMITTED TO FEDERAL DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY; ALSO A MEMBER OF THE BAR OF THE UNITED STATES SUPREME COURT.