Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT NOLAN, <br><br> Defendant. | Case No. 2:18-cv-13737-WJM-ESK |

## ORDER ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Motion for Voluntary Dismissal with Prejudice (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDERED and ADJUDGED: Plaintiff's Motion is **GRANTED**.

1. Plaintiff's claim against Defendant, Vincent Nolan, is dismissed with prejudice.
2. Each party is to bear its own attorneys' fees and costs.

**DONE AND ORDERED** this 26th day of May, 2020.

By: _____
WILLIAM J. MARTIN,
UNITED STATES DISTRICT JUDGE